476 A.2d 983

Martin, Appellant, v. PFA Members Service Corp.

Reargument Denied June 29, 1984.

Petition for Allowance of Appeal
Denied Oct. 29, 1984.

636

Argued February 14, 1984.   James L. Martin, appellant, in propria persona; James D. Flower, Jr. for appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Appeal from judgment following order of June 22, 1982 affirmed.   Appeal as to all other orders quashed.